UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| LISA STOGNER, | ) | Civil Action No. 0:21-cv-02941-DCC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this _16_ day of December, 2021, upon consideration of Defendant's

Uncontested Motion to Remand, it is hereby

ORDERED that Defendant's Motion is GRANTED.  Upon remand, the Appeals Council

will refer Plaintiff's case to an administrative law judge for further evaluation of the record, further

development of the record if warranted, and issuance of a new decision.

This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42

U.S.C. § 405(g).  This is a final Order.  This case is hereby closed on the Court's docket.

Honorable Donald C. Coggins, Jr.
United States District Judge

December _16_, 2021
Spartanburg, South Carolina